STATE of Missouri, Respondent,

v.

Victor Ray ABBOTT, Appellant.

Victor Ray ABBOTT, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 44599, WD 46261.

Missouri Court of Appeals, Western District.

June 1, 1993.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

This is a consolidated appeal from a conviction of stealing a motor vehicle by deceit, § 570.030, RSMo 1986, and from a denial of a Rule 29.15 motion for post-conviction relief.  We dismiss the appeal from the conviction.  We affirm the denial of the Rule 29.15 motion.  Rules 30.25(b) and 84.16(b).